# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA GAMBLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, TRANS UNION, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 5:19-cv-01229-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**JUDGMENT IN FAVOR OF DEFENDANT TRANS UNION LLC'S MOTION TO ENFORCE SETTLEMENT** |

This Court, having considered Defendant Trans Union LLC's Motion to Enforce Settlement, granted the Motion on May 15, 2020. (ECF No. 38).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall abide by the email agreement reached between Plaintiff and Trans Union LLC on January 8, 2020, and shall accordingly execute a Confidential Settlement and Release Agreement with thirty (30) days of this Order. Trans Union LLC and Plaintiff will present dismissal documents to the court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: June 22, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4398663.1